IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO      DIVISION

5:17-cv-1118

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

---

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

    Cause No. 2017CI18604; Ivan Cuadrado v. Frontier Airlines;
    In the 224th Judicial District Court of Bexar County

2. Was jury demand made in State Court?     Yes ☐     No ☒
    If yes, by which party and on what date?

    _____          _____
    Party Name                                                                                           Date

---

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

    Ivan Caudrado, Plaintiff
    THE PARENT LAW FIRM PLLC
    David A. Parent
    Robert W. Piatt, III
    1807 San Pedro - Rear
    San Antonio, Texas 78212
    Tel: (210) 819-4111
    Fax: (210) 200-6310
    david@parent-law.com
    bob@parent-law.com

    Frontier Airlines, Inc., Defendant
    SMITH ROBERTSON, LLP
    Patrick J. Comerford
    221 West 6th St., Suite 1100
    Austin, Texas 78701
    Tel: (512) 225-5810
    Fax: (512) 225-5838
    pcomerford@smith-robertson.com

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   N/A

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   N/A

**VERIFICATION:**

| /s/ Patrick J. Comerford | 11/02/17 |
|---|---|
| Attorney for Removing Party | Date |

Frontier Airlines, Inc., Defendant
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)