IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IVAN CUADRADO, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 5:17-cv-1118 |
| § | |
| FRONTIER AIRLINES, INC. § | |
| § | |
| Defendant. § | |

## DEFENDANT FRONTIER AIRLINES, INC. CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, Defendant Frontier Airlines, Inc. ("Frontier"), by and through its attorneys, Smith Robertson, LLP, states that no publicly held corporation owns 10% or more of the stock of Frontier

Dated: November 2, 2017

                                              Respectfully submitted,

                                              By:  */s/ Patrick J. Comerford*
                                                    Patrick J. Comerford
                                                    State Bar No. 24096724

                                        **SMITH  ROBERTSON, LLP**
                                        221 West Sixth Street, Suite 1100
                                        Austin, Texas 78701
                                        Telephone:  (512) 225-5810
                                        Telecopier:  (512) 225-5838
                                        Email: pcomerford@smith-robertson.com

                                        **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 2, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and I further certify that I have served the foregoing by email.

THE PARENT LAW FIRM PLLC
David A. Parent
Robert W. Piatt, III
1807 San Pedro - Rear
San Antonio, Texas 78212
*david@parent-law.com*
*bob@parent-law.com*
