

| | | |
|---|---|---|
| JEANNETTE J. CLACK<br>CLERK OF COURT | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF TEXAS**<br>727 East Cesar E. Chavez Blvd., Suite A500<br>San Antonio, Texas  78206 | PHILIP J. DEVLIN<br>CHIEF DEPUTY |

November 2, 2017

David A. Parent
The Parent Law Firm, PLLC
1807 San Pedro-Rear
San Antonio, Texas  78212

   RE:  Civil Case No. SA-17-CV-01118-OG

   **Ivan Cuadrado  vs.  Frontier Airlines, Inc.**

Dear Counsel:

Our records indicate you are not admitted to practice in this Court.  The Western District of Texas Local Court Rule AT-1(f)(1) states:

> In General: An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding.  Unless excused by the judge presiding, an attorney is ordinarily required to apply for admission to the bar of this court.

If you are representing a party, please submit a Motion requesting the Court's permission to appear in the above captioned case.  If you wish to file an application to be admitted in the Western District of Texas, the application forms and the Local Rules for the Western District of Texas are available on our website www.txwd.uscourts.gov. If you are an attorney who maintains his or her office outside the Western District of Texas, the Judge may require you to designate local counsel.  (Local Rule AT-2).

If you have any questions do not hesitate to contact our office.

                    Sincerely,
                    JEANNETTE J. CLACK, CLERK

                    United States District Court

                    By:
                    Wayne Garcia, Deputy Clerk

cc: all counsel