## IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **IVAN CUADRADO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. 5:17-cv-01118-OLG** |
| | § | |
| **FRONTIER AIRLINES, INC.** | § | **JURY DEMAND** |
| | § | |
| **Defendant.** | § | |

### JOINT PROPOSED SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

**Pursuant to 28 U.S.C. §636(c)(1), all full-time Magistrate Judges are authorized and empowered to try any civil case, jury or non-jury, with the consent of all parties to the lawsuit. If you wish to consent to trial before a Magistrate Judge, you may indicate your consent on the attached form. Your consent to trial by a Magistrate Judge, must be voluntary, and you are free to withhold consent without suffering any adverse consequences. If all parties consent to trial of this case by a Magistrate Judge, the Court will enter an order referring the case to a Magistrate Judge for trial and for entry of judgment. If the case has already been referred to a magistrate Judge for pretrial matters and the parties consent to Magistrate Judge trial, the trial will be before the Magistrate Judge already assigned to the case.**

**At the request of the Bar, the San Antonio District Judges have implemented a procedure whereby a United States Magistrate Judge is assigned to each civil case at the time it is filed. The assignments are made randomly and are evenly divided among the three San Antonio Magistrate Judges. If a pretrial matter is referred by the District Judge, it will be handled by the United States Magistrate Judge to whom the case is assigned. Similarly, if the parties consent to Magistrate Judge jurisdiction, the case will be placed on the docket of the assigned Magistrate Judge for all future proceedings, including entry of final judgment. 28 U.S.C. Section 636(c). The United States Magistrate Judge assigned to this case is Judge _____.**

1.    A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by **Friday, March 1, 2018.** REGARDLESS OF WHETHER THE PARTIES CONCLUDE THAT ADR IS APPROPRIATE OR NOT, THE PARTIES SHALL INCLUDE THE NAME, ADDRESS AND TELEPHONE NUMBER OF A COURT- APPROVED MEDIATOR OR A MEDIATOR AGREED UPON

BY BOTH PARTIES IN  THEIR ADR REPORT.  A list of court-approved neutrals and alternative dispute resolution  summary form may be obtained at http://www.txwd.uscourts.gov/forms/mediator.asp. If you  do not have access to the internet, you may call the United States District Clerk's office at (210) 472-6550 to obtain a copy.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing   parties by **Monday, April 2, 2018** and each opposing party shall respond, in  writing, by **Monday, April 16, 2018**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional   parties by **Monday, March 19, 2018**.

4. All parties asserting claims for relief shall FILE their designation of testifying experts and   SERVE on all parties, but not file, the materials required by Fed. R. Civ. P.  26(a)(2)(B) by **Monday, April 2, 2018.** Parties resisting claims for relief shall FILE their  designation of testifying experts and SERVE on all parties, but not file, the materials  required by FED. R. CIV. P.  26(a)(2)(B) by **Wednesday, May 2, 2018.** All  designations of rebuttal experts shall be FILED, and the materials required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the extent not already served, shall be SERVED,  within 15 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of  Evidence 702 shall be made by motion, specifically stating the basis for the objection and   identifying the objectionable testimony, within (11) days of receipt of the written report of  the expert's proposed testimony, or within (11) days of the expert's deposition, if a  deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before **Friday, June 1, 2018.** Counsel may by agreement continue discovery beyond the deadline, but there will be no  intervention by the Court except in extraordinary circumstances, and no trial setting will be  vacated because of information obtained in post-deadline discovery.

7. The parties shall mediate this case on or before **Friday, July 20, 2018** unless the parties  seek an order from the Court excusing them from mediation.

8. All dispositive motions shall be filed no later than **Monday, June 19, 2018.** Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions  shall be limited to 20 pages in length.

9.      This case is set for **jury selection and trial** on **Monday, October 1, 2018 at 9:30
        a.m.** The parties should consult Local Rule CV-16(e) regarding matters to be
        filed in  advance of trial.

**SIGNED AND ENTERED** this _____ day of January, 2018.


_____
**ORLANDO L.  GARCIA
UNITED STATES DISTRICT JUDGE**

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **IVAN CUADRADO,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. 5:17-cv-01118-OLG** |
| | § | |
| **FRONTIER AIRLINES, INC.** | § | **JURY DEMAND** |
| | § | |
| **Defendant.** | § | |

**CONSENT TO PROCEED**
**BEFORE A UNITED STATES MAGISTRATE**
**JUDGE**

In accordance with the provisions of 28 U.S.C. §636(c), the parties to the above-captioned civil matter hereby voluntarily consent to have a United States District Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Plaintiff: _____

Defendant: _____

DATE: _____12·28·17_____