UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IVAN CUADRADO, | § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | CASE NO. 5:17-CV-1118-OLG |
| FRONTIER AIRLINES, INC., | | |
| Defendant. | | |

_____

**ADR STATUS REPORT**
_____

Plaintiff, Ivan Cuadrado and Defendant Frontier Airlines, Inc. ("Frontier") submit this status report to inform the Court that Plaintiff and Frontier, by their respective counsel, have agreed to William H. Lemons, III as an acceptable mediator to both sides. The parties have also agreed by stipulation to extend the deadline for ADR until a date after the date to add necessary parties.

Respectfully submitted,

By: */s/ Robert W. Piatt, III*
    Robert W. Piatt, III

State Bar No. 24041692

**THE PARENT LAW FIRM PLLC**
1807 San Pedro – Rear Suite
San Antonio, TX  78212
TEL: (210)-819-4111
FAX: (210)-200-6310
Email: bob@parent-law.com

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Patrick J. Comerford*
    Patrick J. Comerford

State Bar No. 24096724

**SMITH  ROBERTSON, LLP**
221 West Sixth Street, Suite 1100
Austin, Texas 78701
TEL:  (512) 225-5810
FAX:  (512) 225-5838
Email: pcomerford@smith-robertson.com

**ATTORNEYS FOR DEFENDANT**

March 1, 2018