# Standard Ground Handling Agreement (SGHA), Version 2008

| | |
|---|---|
| Definitions | 82 |
| Main Agreement | 86 |
| Annex A – Ground Handling Services | 100 |
| Annex B | 135 |
| Annex B – Simplified Procedure | 140 |
| Annex B – Simplified Procedure for Line Maintenance | 145 |

SGHA 2008

EXHIBIT B

82 | Definitions

# Standard Ground Handling Agreement (SGHA), Version 2008

## STANDARD GROUND HANDLING AGREEMENT (SGHA)

between _____

and _____

The agreement consists of _____

**MAIN AGREEMENT,** and, as required,

**ANNEX A** (description of services)

**ANNEX(ES) B** (location(s), agreed services and charges)

**CONTENTS OF MAIN AGREEMENT**

DEFINITIONS AND TERMINOLOGY

**ARTICLE 1**     PROVISION OF SERVICES

**ARTICLE 2**     FAIR PRACTICES

**ARTICLE 3**     SUBCONTRACTING OF SERVICES

**ARTICLE 4**     CARRIER'S REPRESENTATION

**ARTICLE 5**     STANDARD OF WORK

**ARTICLE 6**     REMUNERATION

**ARTICLE 7**     ACCOUNTING AND SETTLEMENT

**ARTICLE 8**     LIABILITY AND INDEMNITY

**ARTICLE 9**     ARBITRATION

**ARTICLE 10**     STAMP DUTIES, REGISTRATION FEES

**ARTICLE 11**     DURATION, MODIFICATION AND TERMINATION

### Definitions and Terminology

For the sake of clarity, the following definitions and terminology apply to the SGHA:

*AIRPORT TERMINAL* means all buildings used for arrival and departure handling of aircraft.

*ARRANGE (or MAKE ARRANGEMENTS FOR)* implies that the Handling Company may request an outside agency to perform the service in question. The charge of the outside agency shall be paid by the Carrier. The Handling Company assumes no liability toward the Carrier for such arrangements.

*AS MUTUALLY AGREED or BY MUTUAL AGREEMENT or BY THE CARRIER'S REQUEST,* it is recommended that, whenever this terminology is used, such items be supported by specific documentation or reference.

*CARGO* includes the Carrier's service cargo and company mail.

*THE CARRIER'S AIRCRAFT* means any aircraft owned, leased, chartered, hired or operated or otherwise utilised by or on behalf of the Carrier and in respect of which the Carrier has either expressly or implicitly contracted, instructed or otherwise requested the Handling Company to perform or carry out any ground handling service(s).

*DEPARTURE CONTROL SYSTEM (DCS)* means an automated method of performing check-in, capacity and load control and dispatch of flights.

*DIRECT LOSS* means a loss arising naturally or directly from an occurrence and which excludes remote, indirect, consequential, or special losses or damages, such as loss of revenue or loss of profit.

*ELECTRONIC DATA INTERCHANGE (EDI)* means the computer-to-computer (application-to-application program processing) transmission of business data in a standard format.

*LOADS* means baggage, cargo, mail and any aircraft supplies including ballast.

*OWNING CARRIER* means a carrier who is the owner or lessee of a Unit Load Device.

*PASSENGERS* includes the Carrier's service and free passengers.

**SGHA 2008**

*PROVIDE* implies that the Handling Company itself assumes responsibility for the provision of the service in question.

*RECEIVING CARRIER* means a carrier who receives a Unit Load Device from a transferring carrier at a transfer point.

*SPECIAL SHIPMENTS* means, for example, perishables, live animals, valuables, vulnerable cargo, news material, dangerous goods etc.

*SPECIALIZED CARGO PRODUCTS* means, for example, express cargo, courier shipments, same day delivery.

*STATION MANAGEMENT* means management of Carriers administrative and/or operational functions within scope defined in the Annex B.

*SUPERVISION* means oversight of services performed by third parties, i.e. companies who have a separate Annex B (or similar contact with the carrier). The term Supervision shall not apply to the Handling Company self-management of own services or oversight of Handling Company's subcontractors (as referenced to in Article 5 of the Main Agreement).

*TECHNICAL LANDING* is a landing for other than commercial reasons where no physical change of load occurs.

*TICKET* means either the document entitled "Passenger Ticket and Baggage Check" or any electronic ticket data held in the Carrier's data base.

*TRANSFERRING CARRIER* means a carrier who transfers a Unit Load Device to a receiving carrier at a transfer point.

*TRANSIT FLIGHT* is an aircraft making an intermediate landing for commercial reasons where a change of load occurs.

*TRUCK HANDLING* means loading and/or unloading a truck operating as a Truck Service.

*TRUCK SERVICE* means a service operated by truck on behalf of an airline carrying loads documented in accordance with the applicable IATA and/or ICAO rules, regulations and procedures. In the Main Agreement and in Annex A, the word "aircraft" will read "truck" and "flight" will read "truck service" when it concerns the handling of a truck as meant under the above definitions. In Section 5, Item 5.5.5 of Annex A, the word "vehicle" means a conveyance of any kind to be used within the ramp area for transport of cargo between warehouse and truck or between two trucks or between two warehouses.

*TURNROUND FLIGHT* is an aircraft terminating a flight and sub-sequently originating another flight following a complete change of load.

*UNIT LOAD DEVICES (ULDs)* means devices which interface directly with an aircraft restraint system and are registered by the *IATA ULD* Technical Board.

**SGHA 2008**

# Standard Ground Handling Agreement 2008

*Main Agreement*

## Article 1
*Provision of Services*

**1.1   General**

The services will be made available within the limits of possibilities of the Handling Company and in accordance with the applicable IATA and/or ICAO and/or other governing rules, regulations and procedures.

It is not considered necessary or possible to specify every detail of the services it being generally understood what such services comprise and the standards to be attained in their performance.

**1.2   Documents for Ground Handling**

Documents used for ground handling will be the Handling Company's own documents, where applicable, provided these documents comply with standardised formats that may apply under IATA and/or ICAO and/or other governing rules, regulations and procedures.

**1.3   Scheduled Flights**

The Handling Company agrees to provide for the Carrier's Aircraft for flights operating on an agreed schedule at the location(s) mentioned in the Annex(es) B, those services of Annex A as are listed in the Annex B for the respective locations. The Carrier, in turn, agrees to inform the Handling Company as soon as possible about any changes of schedule and/or frequencies and/or types of aircraft.

**1.4   Extra Flights**

The Handling Company will also provide the services to the Carrier's Aircraft for flights in addition to the agreed schedule at the same locations, provided that reasonable prior notice is given and the provision of such additional services will not prejudice commitments already undertaken.

SGHA 2013/2008/2004

**1.5   Priority**
In case of multiple handling, priority shall, as far as possible, be given to aircraft operating on schedule.

*New*   **1.6   Emergency Assistance**
It is the responsibility of the Handling Company to participate in  local emergency response plan(s) in order to provide support to the Carrier in event of an emergency including but not limited to, forced landings, accidents or acts of violence. Carrier will contact the Handling Company to establish the carrier's needs in an emergency and provide the Handling Company its current emergency procedures. In the absence of Carrier instructions , in part or whole, the Handling Company shall follow its own emergency response plan(s)

In case of an emergency, the Handling Company shall without delay activate its local emergency plan(s) which includes the immediate notification to the Carrier and establish open-line communications with the Carrier. The Handling Company shall take all reasonable measures to assist passengers, crew and family members and to safeguard and protect baggage, cargo and mail carried in the aircraft from loss or damage in co-operation with the relevant local authorities. All documentation and information pertaining to the emergency is the property of the Carrier and shall be held confidential by the Handling Company, unless such documentation and information is specifically required by applicable law or by governmental or local authorities regulations. The Carrier shall reimburse the Handling Company for expenses and disbursements incurred in rendering such assistance.

**1.7   Additional Services**
As far as possible, the Handling Company will, upon request, provide to the Carrier any additional services. Such services may be governed by special conditions to be agreed between the Parties.

**SGHA 2008**

**1.8    Other Locations**

In case of occasional flights of the Carrier's Aircraft at locations which are not designated in the present Agreement, where the Handling Company maintains a ground handling organisation, the Handling Company shall, on request, make every effort, subject to the means locally available, to furnish necessary services.

# Article 2
*Fair Practises*

2.1    The Handling Company will take all practicable measures to ensure that sales information contained in the Carrier's flight documents is made available for the purposes of the Carrier only.

2.2    Neither Party to this Agreement shall disclose any information contained in Annex(es) B to outside parties without the prior consent of the other Party, unless such information is specifically required by applicable law or by governmental or authorities' regulations, in which case the other Party will be notified accordingly.

# Article 3
*Subcontracting of Services*

3.1    The Handling Company is entitled to delegate any of the agreed services to subcontractors with the Carrier's consent, which consent shall not be unreasonably withheld. It is understood that, in this case, the Handling Company shall nevertheless be responsible to the Carrier for the proper rendering of such services as if they had been performed by the Handling Company itself. Any subcontracting of services and the provider(s) thereof, will be recorded in the Annex(es) B.

3.2    The Carrier shall not appoint any other person, company or organisation to provide the services which the Handling Company has agreed to provide by virtue of this Agreement, except in such special

cases as shall be mutually agreed between the Parties.

# Article 4
*Carrier's Representation*

4.1    The Carrier may maintain at its own cost, its own representative(s) at the location(s) designated in the Annex(es) B. Such representative(s) and representative(s) of the Carrier's Head Office may inspect the services furnished to the Carrier by the Handling Company pursuant to this Agreement, advise and assist the Handling Company and render to the Carrier's clients such assistance as shall not interfere with the furnishing of services by the Handling Company.

4.2    The Carrier may, by prior written notice to the Handling Company and at its own cost, engage an organisation (hereinafter referred to as "the Supervisor") to supervise the services of the Handling Company at the location(s) designated in Annex(es) B. Such notice shall contain a description of the services to be supervised.

The Supervisor shall have the same authority as defined above in Sub-Article 4.1 for the Carrier's own representative.

4.3    Such assistance, when performed by the Carrier's representative(s) and/or Supervisor(s) will be the sole responsibility of the Carrier, unless requested by the Handling Company.

# Article 5
*Standard of Work*

5.1    The Handling Company shall carry out all technical and flight operations services as well as other services also having a safety aspect, for example, load control, loading of aircraft and handling of dangerous goods, in accordance with the Carrier's instruc-

**SGHA 2008**

tions, receipt of which must be confirmed in writing to the Carrier by the Handling Company.

In the case of absence of instructions by the Carrier, the Handling Company shall follow its own standard practices and procedures provided they comply with the applicable IATA and/or ICAO and/or other governing rules, regulations and procedures.

5.2 The Handling Company will carry out all other services in accordance with the Carrier's procedures and instructions, or as mutually agreed. In the case of absence of instructions by the Carrier, the Handling Company shall follow its own standard practices and procedures.

5.3 The Handling Company agrees to take all possible steps to ensure that, with regard to contracted services, the Carrier's Aircraft, crews, passengers and load receive treatment not less favourable than that given by the Handling Company to other Carriers or its own comparable operation at the same location.

5.4 The Handling Company agrees to ensure that authorisations of specialised personnel performing services for the Carrier are kept up-to-date. If at any time the Handling Company is unable to provide authorised personnel as requested by the Carrier, the Handling Company shall inform the Carrier immediately.

5.5 The Carrier shall supply the Handling Company with sufficient information and instructions to enable the Handling Company to perform its handling properly.

5.6 In the provision of the services as a whole, due regard shall be paid to safety, security, local and international regulations, applicable IATA and/or ICAO and/or other governing rules, regulations and procedures and the aforementioned request(s) of the Carrier in such a manner that delays and

damage to the Carrier's Aircraft and load are avoided and the general public is given the best impression of air transport.

5.7    The Handling Company must report to the Carrier's representative immediately all loss of or damage, threatened or actual, to aircraft and loads noticed in the course of the handling or which in any other way comes to the knowledge of the Handling Company.

5.8    The Parties shall reach mutual agreement on the quality standards for any services, not excluding those covered by Sub-Article 5.1 above. Such quality standards for a specific location may form part of the applicable Annex B. The Handling Company agrees to take all possible steps to ensure that, with regard to contracted services, the agreed upon quality standards will be met.

5.9    The Carrier may at its own cost, by prior written notice, audit the designated services in the applicable Annex(es) B. Such notice shall contain a description of the area(s) to be audited. The Handling Company shall cooperate with the Carrier and will undertake any corrective action(s) required.

*New*  5.10    In the provision of the Services, the Parties agree to comply with any applicable data protection laws.

*New*  5.11    The Handling Company will supervise and manage its own activities and/or those subcontracted as agreed/covered scope of services with Annex B.

*New*  5.12    The handling Company Shall be able to demostrate a Safety management System in use following IATA AHM610 and/or ICAO, local and international regulations, or other governing rules.

**SGHA 2008**

| Main Agreement

## Article 6
*Remuneration*

6.1     In consideration of the Handling Company providing the services, the Carrier agrees to pay to the Handling Company the charges set out in the respective Annex(es) B. The Carrier further agrees to pay the proper charges of the Handling Company and to discharge all additional expenditure incurred for providing the services referred to in Sub-Articles 1.4, 1.6, 1.7 and 1.8.

6.2     The charges set out in Annex(es) B do not include:
- any charges, fees or taxes imposed or levied by the Airport, Customs or other authorities against the Carrier or the Handling Company in connection with the provision of services herein by the Handling Company or in connection with the Carrier's flights.
- expenses incurred in connection with stopover and transfer passengers and with the handling of passengers for interrupted, delayed or cancelled flights.

*New*     Such charges, fees, taxes or other expenses as outlined above shall be borne ultimately by the Carrier;

## Article 7
*Accounting and Settlement*

7.1     The Handling Company shall invoice the Carrier monthly with the charges arising from the provision of the handling services of Annex A as listed in Annex(es) B at the rates of charges set out in Annex(es) B.

7.2     Settlement shall be effected through the IATA Clearing House unless otherwise agreed in Annex(es) B.

## Article 8
*Liability and Indemnity*

In this Article, all references to:

    (a) "the Carrier" or "the Handling Company" shall include their employees, servants, agents and subcontractors;

    (b) "ground support equipment" shall mean all equipment used in the performance of ground handling services included in Annex A, whether fixed or mobile, and

    (c) "act or omission" shall include negligence.

8.1    Except as stated in Sub-Article 8.5, the Carrier shall not make any claim against the Handling Company and shall indemnify it (subject as hereinafter provided) against any legal liability for claims or suits, including costs and expenses incidental thereto, in respect of:

    (a) delay, injury or death of persons carried or to be carried by the Carrier;

    (b) injury or death of any employee of the Carrier;

    (c) damage to or delay or loss of baggage, cargo or mail carried or to be carried by the Carrier, and

    (d) damage to or loss of property owned or operated by, or on behalf of, the Carrier and any consequential loss or damage;

arising from an act or omission of the Handling Company in the performance of this Agreement unless done with intent to cause damage, death, delay, injury or loss or recklessly and with the knowledge that damage, death, delay, injury or loss would probably result.

PROVIDED THAT all claims or suits arising hereunder shall be dealt with by the Carrier; and

PROVIDED ALSO THAT the Handling Company shall notify the Carrier of any claims or suits without undue delay and shall furnish such assistance as the Carrier may reasonably require.

**SGHA 2008**

*New*      PROVIDED ALSO THAT where any of the services performed by the Handling Company hereunder relate to the carriage by the Carrier of passengers, baggage or cargo, then if the limitations of liability imposed by the Warsaw Convention and/or the Montreal Convention (1999) as applicable and as amended from time to time would have applied if any such act or omission had been committed by the Carrier but are held by a Court not to be applicable to such act or omission committed by the Handling Company in performing this Agreement then upon such decision of the Court the indemnity of the Carrier to the Handling Company hereunder shall be limited to an amount not exceeding the amount for which the Carrier would have been liable if it had committed such act or omission.

8.2      The Carrier shall not make any claim against the Handling Company in respect of damage, death, delay, injury or loss to third parties caused by the operation of the Carrier's aircraft arising from an act or omission of the Handling Company in the performance of this Agreement unless done with intent to cause damage, death, delay, injury or loss or recklessly and with knowledge that damage, death, delay, injury or loss would probably result.

8.3      (a) notwithstanding the provisions of Sub-Article 8.1, in the case of claims arising out of surface transportation which is provided on behalf of the Carrier and is part of the operation of loading/embarking or unloading/disembarking and/or is covered by the Carrier's Contract of Carriage the indemnity shall not exceed the limits specified in the said Contract of Carriage.
(b) in the case of claims arising out of surface transportation which is not provided on behalf of the Carrier and/or is not part of the operation of loading/embarking or unloading/disembarking and/or is not covered by the Carrier's Contract of Carriage the waiver and indemnity herein contained shall not apply.

8.4    The Handling Company shall not make any claim against the Carrier and shall indemnify it (subject as hereinafter provided) against any legal liability for claims or suits, including costs and expenses incidental thereto, in respect of:

(a) injury to or death of any employees of the Handling Company, its servants, agents or sub-contractors; and

(b) damage to or loss of property owned or operated by, or on behalf of, the Handling Company and any consequential loss or damage; arising from an act or omission of the Carrier in the performance of this Agreement unless done with intent to cause damage, death, delay, injury or loss or recklessly and with knowledge that damage, death, delay, injury or loss would probably result.

8.5    Notwithstanding Sub-Article 8.1(d), the Handling Company shall indemnify the Carrier against any physical loss of or damage to the Carrier's Aircraft caused by the Handling Company's negligent act or omission PROVIDED ALWAYS THAT the Handling Company's liability shall be limited to any such loss of or damage to the Carrier's Aircraft in an amount not exceeding the level of deductible under the Carrier's Hull All Risk Policy which shall not, in any event, exceed USD 1,500,000 except that loss or damage in respect of any incident below USD 3,000 shall not be indemnified.

For the avoidance of doubt, save as expressly stated, this Sub-Article 8.5 does not affect or prejudice the generality of the provisions of Sub-Article 8.1 including the principle that the Carrier shall not make any claim against the Handling Company and shall indemnify it against any liability in respect of any and all consequential loss or damage howsoever arising.

*New*   8.6    Furthermore, notwithstanding Sub-Article 8.1.(c), the Handling Company shall indemnify the Carrier against direct loss of or damage to the Carrier's cargo (excluding Mail) caused by the negligent act

**SGHA 2008**

or omission by or on behalf of the Handling Company in the provision of the services and/or the supply of goods under this Agreement PROVIDED ALWAYS THAT the Handling Company's liability shall be limited to 17 SDR*/19 SDR effective from 1 July 2010, per kilo or to the actual compensation paid out by the Carrier, whichever is less. In any event, the total amount of the claim shall not exceed USD 1,000,000, except that loss or damage in respect of any claim below USD500 shall not be indemnified. Any claim shall be submitted within the time limits of the Warsaw convention. For the avoidance of doubt, the liability of the Handling Company shall never exceed the liability of the Carrier."

*Effective as of 30 December 2009 and in accordance with Article 24 of the 1999 Montreal Convention the International Civil Aviation Organization (ICAO) has decided to increase the liability amount from 17 SDR to 19 SDR per kilogramm. However Article 8.6 of the main agreement of the SGHA of January 2008 has not been adopted to this change yet. If the new Montreal Convention Limitation of 19 SDR per kilogramm shall apply it has to be explicitly stipulated in the Annex B otherwise the old limit would be applicable.

## Article 9
*Arbitration*

9.1   In the event of any dispute or claim concerning the scope, meaning, construction or effect of this Agreement, the parties shall make all reasonable efforts to resolve disputes amongst themselves. Failing mutual resolution of the dispute, the parties may elect to resolve the dispute through arbitration (either by a single arbitrator or a panel of arbitrators). In the event that the parties fail to agree to an arbitration process, the dispute shall be settled in accordance with the laws of the state or jurisdiction set out in Annex(es)B, by the courts set out in Annex(es)B without regard to principles of conflict of laws.

## Article 10
*Stamp Duties, Registration Fees*

10.1    All stamp duties and registration fees in connection with this Agreement, which may be prescribed under the national law of either Party to this Agreement, are payable by that Party.

10.2    All stamp duties and registration fees in connection with this Agreement, which may be prescribed under the national law of the location(s), as mentioned in the Annex(es) B and not being a location situated in the country of either Party to this Agreement will be shared equally between the Parties.

## Article 11
*Duration, Modification and Termination*

11.1    This Agreement shall be effective from the date specified in the respective Annex(es) B. It shall supersede any previous arrangements between the Parties governing the provision of services at locations for which there are valid Annex(es) B to this Agreement.

11.2    Modification of, or additions to this Agreement shall be recorded in Annex(es) B.

11.3    Any notice referred to under this Article 11 given by one Party under this Agreement shall be deemed properly given if sent by registered letter, or by other means where proof of receipt or acknowledgement is obtained, to the respective office of the other Party as recorded in the Annex(es) B. in case of a registered letter notice shall be considered to be served on the date of receipt .

11.4    This Main Agreement shall continue in force until terminated by either Party giving sixty days prior notice to the other Party.

SGHA 2008

11.5   Termination by either Party of all or any part of the services to be furnished at a specific location requires sixty days prior notice to the other Party. In the event of part termination of services, consideration shall be given to an adjustment of charges.

11.6   Any Annex(es) B to this Agreement exceeding a defined period of validity, shall continue in effect until terminated by either party providing sixty days prior notice to the other Party.

11.7   In the event of the Carrier's or the Handling Company's permit(s) or other authorisation(s) to conduct its air transportation services, or to furnish the services provided for in the Annex(es) B, wholly or in part, being revoked, cancelled, or suspended, that Party shall notify the other Party without delay and either Party may terminate the Agreement or the relevant Annex(es) B at the effective date of such revocation, cancellation or suspension by giving to the other Party notice thereof within twenty-four hours after such event.

11.8   Either Party may terminate this Agreement and its Annexes at any time if the other Party becomes insolvent, makes a general assignment for the benefit of creditors, or commits an act of bankruptcy or if a petition in bankruptcy or for its reorganisation or the readjustment of its indebtedness be filed by or against it, provided the petition is found justified by the appropriate authority, or if a receiver, trustee or liquidator of all or substantially all of its property be appointed or applied for.

11.9   Both Parties shall be exempt from obligation if prompt notification is given by either Party in respect of any failure to perform its obligations under this Agreement arising from any of the following causes;
   – labour disputes involving complete or partial stoppage of work or delay in the performance of work;
   – force majeure or any other cause beyond the control of either Party.

11.10   In the event of the Agreement or part thereof being terminated by notice or otherwise, such termination shall be without prejudice to the accrued rights and liabilities of either Party prior to termination.

11.11   The Handling Company shall have the right at any time to vary the charges set out in the Annex(es) B provided, however, that the Handling Company has given notice in writing to the Carrier not less than sixty days prior to the revised charges becoming effective. The notice shall specify the revised charges which the Handling Company proposes to introduce, together with the date on which they are to be brought into effect.

11.12   Notwithstanding Article 11.11, when changes occur in the schedule, and/or frequencies and/or types of aircraft, other than those set out in Annex(es) B, which affect the handling costs, either Party shall have the right to request an adjustment to the handling charges as from the date of the change provided that the Party concerned informs the other Party within thirty days of the change.

**SGHA 2008**

# Annex A – Ground Handling Services

## Table of contents

**Section 1**
**Representation, Administration and Supervision**
1.1 General
1.2 Administrative Functions
1.3 Supervision and/or Co-ordination of Services
Contracted by the Carrier with Third Party(ies)
*New* 1.4 Station Management

**Section 2**
**Passenger Services**
2.1 General
2.2 Departure
2.3 Arrival
2.4 Remote/Off Airport Services
2.5 Inter-model Transportation by Rail, Road or Sea

**Section 3**
**Ramp Services**
3.1 Baggage Handling
3.2 Marshalling
3.3 Parking
3.4 Cooling and Heating
3.5 Ramp to Flight Deck Communication
3.6 Loading and Unloading
3.7 Starting
3.8 Safety Measures
3.9 Moving of Aircraft
3.10 Exterior Cleaning
3.11 Interior Cleaning
3.12 Toilet Service
3.13 Water Service
3.14 Cabin Equipment
3.15 Storage of Cabin Material
3.16 Catering Ramp Handling
3.17 De-Icing/Anti-Icing Services and Snow/Ice
Removal

## Section 4
### Load Control, Communications and Flight Operations

4.1     Load Control
4.2     Communications
4.3     Flight Operations – General
4.4     Flight Operations – Flight Preparations at the Airport of Departure
4.5     Flight Operations – Flight Preparations at a Point Different from the Airport of Departure
4.6     Flight Operations – En-route Flight Assistance
4.7     Flight Operations – Post-flight Activities
4.8     Flight Operations – En-route Re-despatch
4.9     Flight Operations – Crew Administration

## Section 5
### Cargo and Mail Services

5.1     Cargo and Mail Handling – General
5.2     Customs Control
5.3     Irregularities Handling
5.4     Document Handling
5.5     Physical Handling Outbound/Inbound
5.6     Transfer/Transit Cargo
5.7     Post Office Mail

## Section 6
### Support Services

6.1     Accommodation
6.2     Automation/Computer Systems
6.3     Unit Load Device (ULD) Control
6.4     Fuel Farm (Depot)
6.5     Ramp Fuelling/Defuelling Operations
New    6.6     Surface Transport
New    6.7     Catering Services – Liaison and Administration

## Section 7
### Security

7.1     Passenger and Baggage Screening and Reconciliation
7.2     Cargo and Post Office Mail
7.3     Catering
7.4     Aircraft
7.5     Additional Security Services

**SGHA 2008**

102 | Annex A

**Section 8**
     **Aircraft Maintenance**
     8.1    Routine Services
*New*    8.2    Replenishing of Oils and Fluids
     8.3    Non-routine Services
     8.4    Material Handling
     8.5    Parking and Hangar Space

# Section 1
# Representation, Administration and Supervision

**1.1** **General**

1.1.1 (a) provide
or
(b) arrange for
guarantee or bond to facilitate the Carrier's activities.

1.1.2 Liaise with local authorities.

1.1.3 Indicate that the Handling Company is acting as handling agent for the Carrier.

1.1.4 Inform all interested Parties concerning movements of the Carrier's aircraft.

**1.2** **Administrative Functions**

1.2.1 Establish and maintain local procedures.

1.2.2 Take action on communications addressed to the Carrier.

*New* 1.2.3 Prepare, forward, file and retain for a period specified in the Annex B, messages/reports/statistics/documents and perform other administrative duties in the following areas. **(a)** station administration **(b)** passenger services **(c)** ramp services **(d)** load control **(e)** flight operations **(f)** cargo services **(g)** mail services  **(h)** support services  **(i)** security **(j)** aircraft maintenance **(k)** other, as specified in Annex B

1.2.4 Maintain the Carrier's manuals, circulars, and other relevant operational documents connected with the performance of the services.

1.2.5 (a) Check
(b) Sign
(c) Forward
on behalf of the Carrier invoices, supply orders, handling charge notes, work orders

1.2.6 Effect payment, on behalf of the Carrier, including but not limited to:
(a) airport, customs, police and other charges relating to the services performed.
(b) cost for provisions of bond guarantee.
(c) out-of-pocket expenses, accommodation, transport.

**SGHA 2008**

**1.3  Supervision and/or Co-ordination of Services Contracted by the Carrier with Third Party(ies)**

1.3.1  (a) Supervise
(b) Co-ordinate
services contracted by the Carrier with third party(ies)

1.3.2  Ensure that the third party(ies) is(are) are informed about operational data and Carrier's requirements in a timely manner.

1.3.3  Liaise with the Carrier's designated representative

1.3.4  Verify availability and preparedness of staff, equipment, Loads, documentation and services of the third party(ies) to perform the services.

1.3.5  Meet aircraft upon arrival and liaise with crew.

1.3.6  Decide on non-routine matters

1.3.7  Verify despatch of operational messages.

1.3.8  Note irregularities and inform the Carrier.

*New*  **1.4  Station Management**

1.4.1  Provide representative on behalf of the Carrier to act  (a) exclusively  (b) non-exclusively

1.4.2  The Handling Company is authorised to represent Carrier's interest with regard to resolving governmental and local authorities matters

1.4.3  Attend local airport meetings on behalf of the Carrier
(a) report to the Carrier results/contents of the meetings
(b)  Act, vote and commit on behalf of the Carrier

1.4.4  The handling company will be authorised to
(a) solicit
(b) negotiate
(c) commit
services on behalf of the Carrier, with expenditure/commitment limit to be specified in Annex B
(1) airport lounges
(2) baggage delivery services
(3) janitorial
(4) newspapers delivery
(5) laundry services
(6) porters
(7) other

1.4.5    Negotiate and secure slot(s) and airport facilities, as available, on behalf of the Carrier

1.4.6    Liaise with relevant local and Government authorities to ensure that all necessary permits and licenses are applied for, negotiated and secured in advance of each seasonal/operational change.

1.4.7    Perform and report (KPI – key performance indicators) quality/performance measurements

1.4.8    Handle the contents of Carrier's company mail pouches

SGHA 2008

# Section 2
# Passenger Services

**2.1**    **General**

2.1.1    Inform passengers and/or public about time of arrival and/or departure of Carrier's aircraft and surface transport.

2.1.2    Make arrangements for stopover, transfer and transit passengers and their baggage and inform them about services available at the airport.

2.1.3    When requested by the Carrier,
   (a) provide
   or
   (b) arrange for
       special equipment, facilities and specially trained personnel, for assistance to
   (1) unaccompanied minors.
   (2) persons with reduced mobility (PRMs).
   (3) VIPs.
   (4) transit without visa passengers (TWOVs).
   (5) deportees.
   (6) special medical transport
   (7) others, as specified in Annex B.

2.1.4    Assist passengers when flights are interrupted, delayed or cancelled.

2.1.5    If applicable, arrange storage of baggage in the Customs' bonded store (any fees to be paid by the passenger).

2.1.6    (a) Notify the Carrier of complaints and claims made by the Carrier's passengers.
   (b) Process such claims

2.1.7    Handle lost, found and damaged property matters.
   (a) accept baggage irregularity reports
   (b) enter data into baggage tracing system
   (c) maintain baggage tracing system files for period specified in Annex B
   (d) make payments for incidental expenses
   (e) arrange for delivery of delayed baggage to passengers
   (f) handle communications with passengers

2.1.8    Report to the Carrier any irregularities discovered in passenger and baggage handling.

2.1.9   (a) Provide
        or
        (b) Arrange for
        (1) check-in position(s),
        (2) service counter(s)/desk(s) for other purposes,
        (3) lounge facilities,
        (4) porter services,
        (5) other services as specified in Annex B

2.1.10 Perform on behalf of the Carrier the following sales functions
        (a) reservations
        (b) issuance of transportation documents
        (c) e-ticketing
        as specified in Annex B

**2.2    Departure**

2.2.1   Perform pre-flight editing

2.2.2   Check and ensure
        (a) that tickets are valid for the flight(s) for which they are presented. The check shall not include the fare.
        (b) that tickets presented are not blacklisted in the industry ticket service data base. Blacklisted documents shall not be honoured and immediately reported to the Carrier.

2.2.3   (a) Check travel documents for the flight(s) concerned. In the event that the Handling Company does not have access to information that verifies visa validities the Handling Company will not have liability. The Handling Company shall not be liable for immigration fines in the event of non-bona fide travel documents or other events which are outside of their control.
        (b) Enter required passenger and/or travel document information into Carrier's and/or government system.

2.2.4   (a) Weigh and/or measure checked and/or cabin baggage,
        (b) Record baggage figures
        for
        (1) initial flight.
        (2) subsequent flight(s).

**SGHA 2008**

2.2.5    Excess baggage
      (a) determine excess baggage
      (b) issue excess baggage ticket
      (c) collect excess baggage charges
      (d) detach applicable excess baggage coupons

2.2.6    Tag checked and/or cabin baggage for
      (a) initial flight.
      (b) subsequent flight(s).

2.2.7    Effect conveyance of checked baggage to the baggage sorting area

2.2.8    Effect conveyance of oversized checked baggage to the baggage sorting area

2.2.9    Collect airport and/or any other service charges from departing passengers.

2.2.10   (a) Carry out the Carrier's seat allocation or selection system
      (b) Issue boarding pass(es)
      (c) Detach applicable flight coupons
      for
      (1) initial flight.
      (2) subsequent flight(s).

2.2.11   Handle
      (a) Denied Boarding process
      (b) Denied Boarding Compensation

2.2.12   Direct passengers through controls to departure gate

2.2.13   At the gate perform
      (a) check-in in accordance with item 2.2.3
      (b) check baggage
      (c) verification of travel documents
      (d) upgrades and downgrades
      (e) handling of stand-by list
      (f) verification of cabin baggage
      (g) manage the boarding process
      (h) reconciliation of passenger numbers with aircraft documents prior to departure
      (i) other gate functions as specified in Annex B

2.2.14   (a) collect
      (b) reconcile
      (c) handle and forward to Carrier transportation documents (flight coupons, or other flight related documents) uplifted from departing passengers

**2.3      Arrival**

2.3.1    (a)  perform
         or
         (b)  arrange for
         opening/closing aircraft passenger doors

2.3.2    Direct passengers from aircraft through controls.

2.3.3    (a)  provide for
         or
         (b)  arrange for
         (1)  Transfer desk/connection services
         (2)  Baggage recheck

**2.4      Remote/Off Airport Services**

2.4.1    Inform passengers/public about time of arrival/departure.

2.4.2    Handle departing passengers and baggage.

2.4.3    Carry out passenger and baggage handling as described in Sub-Sections 2.1, 2.2 and 2.3.

2.4.4    Direct departing passengers to connecting transport to the airport.

2.4.5    Handle passengers arriving from the airport.

2.4.6    Deliver baggage to passengers in accordance with local procedures.

**2.5      Inter-modal Transportation by Rail, Road or Sea**

2.5.1    Handle departing passengers and baggage

2.5.2    Carry out passenger and baggage handling as described in Sub-Sections 2.1, 2.2 and 2.3, where applicable, substituting "rail, road or sea transportation" for "aircraft", and "flight(s)", and "terminal" for "airport".

2.5.3    Direct departing passengers to connecting transport.

2.5.4    Load baggage on connecting transport, as directed by the rail, road or sea transport operator.

2.5.5    Handle arriving passengers and baggage from the rail, road or sea transport operator.

2.5.6    Direct arriving passengers through controls to the Carrier's flight departure services.

2.5.7    Offload baggage from connecting transport, as directed by the rail, road or sea transport operator and transfer it to the Carrier's airport services.

**SGHA 2008**

## Section 3
## Ramp Services

**3.1**     **Baggage Handling**
3.1.1   Handle baggage in the baggage sorting area.
3.1.2   Prepare for delivery onto flights
       (a) bulk baggage
       (b) ULDs
3.1.3   Establish the number and/or weight of
       (a) bulk baggage
       (b) built - up ULDs
       and provide the load control unit with the information
3.1.4   Offload
       (a) bulk baggage
       (b) ULDs.
3.1.5   Prioritise baggage delivery to claim area.
3.1.6   Deliver to claim area
       (a) baggage
       (b) oversize baggage
3.1.7   Transfer baggage
       (a) Provide
       or
       (b) Arrange for
       (1) Sortation of transfer baggage.
       (2) Storage of transfer baggage prior to despatch
          (storage time limits to be specified in Annex B).
       (3) transport of transfer baggage to the sorting
          area of the receiving carrier.
3.1.8   Handle crew baggage.

**3.2**     **Marshalling**
3.2.1   (a) Provide
       or
       (b) Arrange for
       marshalling at arrival and/or departure.

**3.3**     **Parking**
3.3.1   (a) Provide
       (b) Position and/or remove
          wheelchocks.

3.3.2    Position and/or remove
      (a) landing gear locks.
      (b) engine blanking covers.
      (c) pitot covers.
      (d) surface control locks.
      (e) tailstands and/or aircraft tethering.
      (f)  other items as specified in Annex B (e.g. safety
         cones)

3.3.3    (a) Provide
      (b) Arrange for
*New*    (c) Operate
      ground power unit

**3.4**    **Cooling and Heating**
3.4.1    (a) Provide
      (b) Arrange for
*New*    (c) Operate
      cooling unit.
3.4.2    (a) Provide
      (b) Arrange for
*New*    (c) Operate
      heating unit.

**3.5**    **Ramp to Flight Deck Communication**
3.5.1    Provide headsets.
3.5.2    Perform ramp to flight deck communication
      (a) during tow-in and/or push-back.
      (b) during engine starting.
      (c) for other purposes.

**3.6**    **Loading and Unloading**
3.6.1    (a) Provide
      (b) Arrange for
*New*    (c) Operate
      (1) passenger steps.
      (2) flight deck steps.
      (3) loading bridges
3.6.2    (a) Provide
      or
      (b) Arrange for
      (1) passenger
      (2) crew
      transport between aircraft and airport terminals.

**SGHA 2008**

112 | Annex A

3.6.3   (a) Provide
         or
         (b) Arrange for
         equipment for loading and/or unloading.

3.6.4   (a) Provide
         or
         (b) Arrange for
         delivery and pick-up of

*New*       (1) Baggage

*New*       (2) Mobility devices
         at aircraft doors or other agreed points to be
         specified in Annex B

3.6.5   (a) Provide
         or
         (b) Arrange for
         assembly of and transport of
         (1) baggage
         (2) cargo
         (3) mail
         (4) documents

*New*       (5) company mail
         between agreed points on the airport

3.6.6   (a) Unload aircraft, returning lashing materials to
            the Carrier.
         (b) Load and secure Loads in the aircraft
         (c) Operate in-plane loading system.

3.6.7   Redistribute Loads in aircraft.

3.6.8   Open, close and secure aircraft hold doors.
         (a) aircraft lower deck
         (b) aircraft main deck

3.6.9   (a) Provide
         or
         (b) arrange for
         ballast

3.6.10  (a) Provide
         or
         (b) arrange for
         safeguarding of all Loads requiring special
         handling ( e.g. valuables ) during
         (1) loading/unloading
         (2) transport between aircraft and designated
            point on the airport

**3.7**  **Starting**
3.7.1  (a) Provide or
    (b) Arrange for
*New*   (c) Operate
    air start unit.

**3.8**  **Safety Measures**
3.8.1  (a) Provide
    or
    (b) arrange for
    fire-fighting and other protective equipment.
3.8.2  Perform safety/ground damage inspection
*New*   (a) immediately upon arrival
    (b) immediately prior departure
    (1) doors and panels
    (2) Other inspection items as specified in Annex B
    And communicate the results to flight crew or
    Carrier's representative

**3.9**  **Moving of Aircraft**
3.9.1  (a) Provide
    or
    (b) arrange for
    tow-in and/or push-back tractor.
3.9.2  (a) Towbar to be provided by the Carrier.
    (b) Towbar to be provided by the Handling Company
    (c) Store and maintain towbar(s) provided by the
       Carrier
3.9.3  (a) Tow in and/or push back aircraft.
    (b) Tow aircraft between other agreed points.
    (c) Provide authorised cockpit brake operator in
       connection with towing.
    (d) Provide wing-walker(s)

**3.10**  **Exterior Cleaning**
*New*  3.10.1 Perform cleaning in accordance with Carriers writ-
    ten instructions
    (a) flight deck windows.
    (b) cabin windows.
    (c) aircraft integral steps
    (d) slats and leading edges
    (e) wings
    (1) upper surface
    (2) lower surface

SGHA 2008

(f)  flaps (extended)
(1)  upper surface
(2)  lower surface
(g)  ailerons
(1)  upper surface
(2)  lower surface
(h)  engine nacelles and pylons
(i)  fuselage
(1)  upper surface
(2)  lower surface
(j)  horizontal stabiliser
(k)  vertical stabiliser
(l)  landing gear
(m) wheel well

**3.11    Interior Cleaning**

3.11.1  Clean flight deck, if specified, under the control of
a person authorised by the Carrier
(a)  empty ash trays.
(b)  dispose of litter.
(c)  clear waste from seat back stowage's and racks.
(d)  wipe crew tables.
(e)  clean seats.
(f)  mop floor.
(g)  clean flight deck inside windows.

3.11.2  Clean passenger and crew compartments (other
than flight deck)
(a)  empty ash trays
(b)  dispose of litter
(c)  clear waste from overhead stowages
(d)  wipe tables
(e)  clean and tidy seats, seat belts, seat back pock-
ets and passenger service units
(f)  clean floors (carpets and surrounds)
(g)  empty and clean refuse bins
(h)  clean surfaces in pantries, galleys (sinks, work-
ing surfaces, ovens and surrounds) and toilets
(wash basins, bowls, seats, mirrors and sur-
rounds)
(i)  remove, as necessary, any contamination
caused by airsickness, spilled food or drink and
offensive stains
(j)  clean telephones, fax machines, LCD screens
and other equipment

3.11.3  Clean cabin windows.
3.11.4  Clean
 (a) cargo compartments.
 (b) ULDs
3.11.5  Fold and stow blankets.
3.11.6  Make up berths.
3.11.7  Change
 (a) head rest covers.
 (b) pillow covers.
 Covers to be supplied by the Carrier.
3.11.8  Collect and/or distribute in
 (a) cabin
 (b) toilets
 items provided by the Carrier.
3.11.9  Disinfect and/or deodorize aircraft with
 (a) materials provided by Carrier
 (b) materials provided by Handling Company
3.11.10 (a) Remove
 (b) Destroy
 food and material left over from incoming flights.
3.11.11 (a) Provide
 or
 (b) Arrange for
 laundering of
 (1) cabin blankets
 (2) linen

**3.12 Toilet Service**
3.12.1  (a) Provide
 or
 (b) Arrange for
 toilet service

**3.13 Water Service**
*New* 3.13.1  (a) Provide
 or
 (b) Arrange for
 (1) Draining water tanks.
 (2) Replenish of water tanks with drinking water
 (3) Water quality tests

### 3.14 Cabin Equipment
3.14.1 Rearrange cabin by
(a) removing
(b) installing
(c) repositioning
cabin equipment, for example, seats and cabin divider(s).

### 3.15 Storage of Cabin Material
3.15.1 (a) Provide
or
(b) Arrange for
suitable storage space for the Carrier's cabin material.
3.15.2 Take inventory.
3.15.3 (a) Provide
or
(b) Arrange for
replenishment of stocks.

### 3.16 Catering Ramp Handling
3.16.1 Unload/load and stow catering supplies from/on aircraft.
3.16.2 Transfer catering supplies on aircraft.
3.16.3 Transport catering supplies between aircraft and agreed points.

### 3.17 De-Icing/Anti-Icing Services and Snow/Ice Removal
3.17.1 Remove snow from aircraft without using de-icing fluid.
*New*   3.17.2 Perform "pre" de/anti-icing inspection and advise flight crew or Carrier representative of results.
3.17.3 (a) Provide
or
(b) Arrange for
(1) anti-icing units.
(2) de-icing units.
3.17.4 Provide de-icing/anti-icing fluids
3.17.5 Remove frost, ice and snow from aircraft using de-icing fluid. Fluids to receive purity and contamination inspection prior to use.
3.17.6 Apply anti-icing fluid to aircraft.

3.17.7 Supervise performance of de-icing/anti-icing oper-
ations.

3.17.8 Perform final inspection after de-icing/anti-icing
operations and inform flight crew of results.

**SGHA 2008**

# Section 4
# Load Control, Communications and Flight Operations

**4.1** **Load Control**

4.1.1 Convey and deliver flight documents between the aircraft and appropriate airport buildings.

4.1.2 (a) Prepare
(b) Sign
(c) Distribute
(d) Clear/process
(e) File
documents, including but not limited to, loading instructions, loadsheets, weight and balance charts, Captain's load information and manifests where:
(1) Load Control is performed by the Handling Company
(2) Load Control is performed by the Carrier
(3) Load Control is performed by a third party

**4.2** **Communications**

4.2.1 (a) Compile
(b) Receive, process and send
all messages in connection with the services performed by the Handling Company, using the Carrier's originator code or double signature procedure
(c) perform EDI (electronic data interchange) transactions
(d) Inform the Carrier's representative of the contents of such messages.

4.2.2 (a) Provide
(b) Operate
means of communication between the ground station and the Carrier's aircraft.

**4.3** **Flight Operations – General**

4.3.1 Inform the Carrier of any known project affecting the operational services and facilities made available to its aircraft in the areas of responsibility as specified in Annex B.

4.3.2   After consideration of the Carrier's instructions, suggest the appropriate action to pilot-in-command in case of operational irregularities, taking into account the meteorological conditions, the ground services and facilities available, aircraft servicing, possibilities and the overall operational requirements.

**4.4     Flight Operations – Flight Preparation at the Airport of Departure**

4.4.1   (a) Provide
        or
        (b) Arrange for
        meteorological documentation and aeronautical information for each flight.

4.4.2   Deliver documentation to the aircraft

4.4.3   Analyse the operational conditions and
        (a) prepare
        (b) request
        (c) sign
        (d) make available
        the operational flight plan according to the instructions and data provided by the Carrier.

4.4.4   (a) Prepare
        (b) Request
        (c) Sign
        (d) File
        (e) Monitor
        (1) the Air Traffic Services ("ATS") Flight Plan.
        (2) The Carrier's slot time allocation with the appropriate ATS

4.4.5   Provide the crew with the required briefing.

4.4.6   (a) Prepare
        (b) Sign
        (c) Deliver
        (1) the fuel order
        (2) the fuel distribution form.

4.4.7   Hand out flight operation forms and obtain signature of the pilot-in-command, where applicable.

4.4.8   Provide ground handling party(ies) with the required weight and fuel data

**SGHA 2008**

**4.5 Flight Operations – Flight Preparation at a Point Different from the Airport of Departure**

4.5.1 Arrange for the provision of the meteorological documents and aeronautical information.

4.5.2 Analyse the operational conditions and
(a) prepare
(b) request
(c) sign
the flight plan.

4.5.3 Send to the Carrier or its representative at the airport of departure,
(a) the operational flight plan,
(b) the ATS Flight Plan,
(c) information for crew briefing,

**4.6 Flight Operations – En-route Flight Assistance**

4.6.1 Monitor movement of the flight
(a) within
(b) beyond
VHF range and provide all possible assistance as necessary. Inform the Carrier of flight progress, any irregularities and actions taken.

**4.7 Flight Operations – Post-flight Activities**

4.7.1 Obtain a debriefing from incoming crews, distributing reports or completed forms to offices concerned, whether governmental or the Carrier's.

**4.8 Flight Operations – En-route Re-despatch**

4.8.1 Analyse meteorological information and the operational flight conditions for re-despatch, calculate and plan according to the data provided by the aircraft en-route and inform the pilot-in-command about the results.

**4.9**     **Flight Operations – Crew Administration**

4.9.1   Distribute relevant crew schedule information pro-
        vided by the Carrier to all parties concerned.

4.9.2   Arrange hotel accommodation for crew layover
        (a) scheduled
        (b) non-scheduled

4.9.3   (a) Provide
        or
        (b) Arrange for
        crew transportation

4.9.4   Direct crews through airport facilities

4.9.5   Liaise with hotel(s) on crew call and pick-up
        timings.

4.9.6   (a) Prepare crew allowance forms.
        (b) Pay crew allowances.

4.9.7   Inform the designated Carrier representative of
        any crew indisposition or potential absence.

**SGHA 2008**

122 | Annex A

## Section 5
## Cargo and Mail Services

**5.1**   **Cargo and Mail Handling – General**
5.1.1   (a) Provide
   or
   (b) Arrange
   warehouse handling and storage facilities for
   (1) General Cargo
   (2) Special Shipments
   (3) Specialised Cargo Products
   (4) Mail
   (c) store cargo
   (d) take appropriate action to prevent theft of, or
   damage to cargo and/or mail
5.1.2   (a) Provide
   or
   (b) Arrange for
   equipment for the handling of
   (1) General Cargo
   (2) Special Shipments
   (3) Specialised Cargo Products
   (4) Mail
5.1.3   (a) Provide
   or
   (b) Arrange for
   handling services for:
   (1) General Cargo
   (2) Special shipments
   (3) Specialised Cargo Products
   (4) Mail
   (5) Diplomatic Mail
   (6) Diplomatic Cargo
   (7) Company cargo/material
5.1.4   (a) Issue
   (b) Obtain
   Receipt upon delivery of cargo
5.1.5   Monitor cargo delivery
5.1.6   Take action to prevent theft or unauthorised use of,
   or damage to the Carrier's pallets, containers, nets,
   straps, tie-down rings and other material in the
   custody of the Handling Company. Notify the
   Carrier immediately of any damage to or loss of
   such items.

**5.2**     **Customs Control**
5.2.1   Prepare customs documentation for:
        (a) Inbound cargo
        (b) Outbound cargo
        (c) Transfer cargo
5.2.2   Obtain Customs clearance for:
        (a) Inbound cargo
        (b) Outbound cargo
        (c) Transfer cargo
5.2.3   Place Cargo under Customs control for:
        (a) Inbound cargo
        (b) Outbound cargo
        (c) Transfer cargo
5.2.4   Present to Customs, cargo for physical examination.

**5.3**     **Irregularities Handling**
5.3.1   Take immediate action in respect of irregularities, damage or mishandling of dangerous goods and other special shipments.
5.3.2   Report to the Carrier any irregularities discovered in cargo handling
5.3.3   Handle lost, found and damaged cargo
5.3.4   (a) Notify the Carrier of complaints and claims
        (b) Process claims.
5.3.5   Take action when consignee refuses acceptance and payment.

**5.4**     **Document Handling**
5.4.1   (a) Prepare air waybill
        (b) Check all documents to ensure shipment may be carried. The check shall not include the rates charged.
        (c) Obtain capacity/booking information for the Carrier's flights.
        (d) Split air waybill. Forward applicable copies of manifests and air waybills to the Carrier.
        (e) Prepare cargo manifest(s)
        (f) Provide the load control unit with Special Load Notification.
        (g) When applicable return copy of air waybill to shipper, endorsed with flight details.

**SGHA 2008**

5.4.2    (a) Notify consignee or agent of arrival of ship-
         ments
         (b) Make available cargo documents to consignee
         or agent.
5.4.3    (a) Provide
         or
         (b) Arrange for
         (1) collection of "Charges Collect" as shown on
         the air waybill
         (2) collection of other charges and fees as shown
         on the air waybill
         (3) credit to consignees or agents

**5.5    Physical Handling Outbound/Inbound**
5.5.1    Accept cargo, ensuring that
         (a) machine-readable cargo labels are affixed and
         processed
         (b) manual labels are affixed and processed
         (c) shipments are "ready for carriage"
         (d) the weight and volume of the shipments are
         checked
         (e) the regulations for the carriage of special cargo,
         particularly the IATA Dangerous Goods
         Regulations (DGR), IATA Live Animals
         Regulations (LAR), and others have been com-
         plied with.
5.5.2    Tally and assemble for dispatch cargo for the
         Carrier's flights
5.5.3    Prepare
         (a) Bulk cargo
         (b) ULD'S
         For delivery onto flights.
5.5.4    Establish the weight of
         (a) Bulk cargo
         (b) built-up ULD'S
         and provide the load control unit with deadload
         weights.
5.5.5    (a) Offload bulk cargo from vehicles
         (b) Check incoming cargo against air waybills and
         manifests.
         (c) Break down ULD'S
5.5.6    Release cargo to the consignee or agent

**5.6      Transfer/Transit Cargo**

5.6.1   Identify transfer/transit cargo.

5.6.2   Prepare transfer manifests for cargo to be trans-
         ported by another carrier.

5.6.3   (a) Provide
         or
         (b) Arrange for
         transport to the receiving carrier's warehouse
         under cover of Transfer Manifest
         (1) on airport,
         (2) off airport

5.6.4   Accept/prepare
         (a) transfer cargo
         (b) transit cargo
         for onward carriage.

**5.7      Post Office Mail**

5.7.1   Check incoming mail against Post Office mail doc-
         uments.

5.7.2   In case of missing documentation, issue substi-
         tutes

5.7.3   Deliver inbound mail to
         (a) on airport postal facility
         (b) off airport postal facility
         together with Post Office mail documents, against
         receipt from postal authorities.

5.7.4   Pickup outgoing mail from Postal Facility
         (a) on airport
         (b) off airport

5.7.5   Check outgoing mail from postal authorities
         against mail documents. Give receipt of accept-
         ance of mail to postal authorities.

5.7.6   Handle and check transfer mail against accompa-
         nying mail documents.

5.7.7   Prepare
         or
         Arrange for
         (a) bulk mail
         (b) ULD'S
         For delivery onto flights.

5.7.8   Establish the weight of
         (a) Bulk mail
         (b) built-up ULD'S
         and provide the load control unit with deadload
         weights.

SGHA 2008

126 | Annex A

5.7.9   Distribute incoming and/or outgoing post office mail documents

5.7.10 Handle lost, found and damaged mail and report all irregularities to the Carrier and postal authorities.

# Section 6
## Support Services

**6.1   Accommodation**
6.1.1   Provide facilities for the Carrier's representative(s).
    (a) office space
    (b) storage space
    (c) other facilities

**6.2   Automation/Computer Systems**
6.2.1   (a) Provide
    or
    (b) Arrange for
    and
    (c) Operate
    equipment to enable access to
    (1) Carrier's system
    (2) Handling Company's system
    (3) other system
6.2.2   Access the following functions in
    (a) Carrier's system
    (b) Handling Company's system
    (c) other system
    for
    (1) Training programmes.
    (2) Passenger reservations and sales
    (3) Passenger service
    (4) Baggage reconciliation.
    (5) Baggage tracing.
    (6) Operation, weight and balance and load
        control.
    (7) Cargo reservations and sales
    (8) Cargo handling
    (9) Maintenance
    (10) Other functions
*New*   6.2.3   Manage Automated Check-in device(s) and
    (a) Provide
    or
    (b) Arrange
    (1) Stock control
    (2) Stock replenishment
    (3) Hosting
    (4) Routine maintenance
    (5) Servicing and repair
    (6) Other, as specified in Annex B

**SGHA 2008**

**6.3      Unit Load Device (ULD) Control**

6.3.1    (a) Provide
         or
         (b) Arrange for
         storage space for ULDs
         (1) passenger ULDs
         (2) cargo ULDs

6.3.2    Take action to prevent damage, theft or unautho-
         rised use of the Carrier's ULDs in the custody of the
         Handling Company. Notify the Carrier immediately
         of any damage or loss.

6.3.3    (a) Take physical inventory of ULD stock and main-
         tain records.
         (b) Compile and despatch ULD control messages

6.3.4    Prepare ULD exchange control documentation for
         all transfers of ULDs and obtain signature(s) of the
         transferring and receiving carrier(s) or approved
         third parties and distribute copies.

6.3.5    Handle lost, found and damaged ULDs and notify
         the Carrier of such irregularities.

**6.4      Fuel Farm (Depot)**

6.4.1    Liaise with fuel farm suppliers.

6.4.2    (a) Inspect the Carrier's fuel farm product deliver-
             ies for contamination, prior to storage. Notify
             the Carrier of results.
         (b) Inspect fuel farm storage and/or appliances.
             Notify the Carrier of results.

**6.5      Ramp Fuelling / Defuelling Operations**

6.5.1    Liaise with ramp fuel suppliers.

6.5.2    Inspect fuel vehicles and/or appliances for contam-
         ination. Perform water detection checks

6.5.3    Supervise fuelling/defuelling operations.

6.5.4    Prepare aircraft for fueling/defueing.

6.5.5    Drain water from aircraft fuel tanks.

6.5.6    (a) Provide
         or
         (b) Arrange for
         approved fuelling/defuelling equipment.

6.5.7    Fuel/defuel aircraft with quantities of products
         requested by the Carrier's designated representa-
         tive

6.5.8   Check and verify the delivered fuel quantity

6.5.9   Deliver the completed fuel order to the Carrier's designated representative.

**6.6    Surface Transport**

6.6.1   (a) Provide
        or
        (b) Arrange for
        the transport of
        (1) passengers
        (2) baggage
        (3) cargo and/or mail
        (4) empty ULDs
        (5) others
        between
        (a) airport and town terminal
        (b) airport and other agreed points
        (c) separate terminals at the same airport

6.6.2   Make all necessary arrangements for special transport within the limit of local possibilities.

**6.7    Catering Services – Liaison and Administration**

6.7.1   Liaise with the Carrier's catering supplier.

6.7.2   Handle requisitions made by the Carrier's authorised representative.

**SGHA 2008**

# Section 7
# Security

**7.1**    **Passenger and Baggage Screening and Reconciliation**

7.1.1    (a) Provide
        or
        (b) Arrange for
        (1) matching of passengers against established profiles
        (2) security questioning

7.1.2    (a) Provide
        or
        (b) Arrange for
        (1) screening of checked baggage.
        (2) screening of transfer baggage.
        (3) screening of mishandled baggage.
        (4) physical examination of checked, transfer and mishandled baggage
        (5) identification of security cleared baggage.

7.1.3    (a) Provide
        or
        (b) Arrange for
        (1) screening of passengers.
        (2) screening of cabin/unchecked baggage.
        (3) physical examination of passengers and cabin/unchecked baggage

7.1.4    (a) Provide
        or
        (b) Arrange for
        (1) identification of passengers prior to boarding.
        (2) reconciliation of boarded passengers with their baggage.
        (3) positive baggage identification by passengers
        (4) offloading of baggage for passengers who fail to board the aircraft.

**7.2      Cargo and Post Office Mail**
7.2.1     (a)  provide
          or
          (b)  arrange for
          (1)  control of access to the cargo facilities.
          (2)  screening of cargo and/or mail.
          (3)  physical examination of cargo.
          (4)  holding of cargo and/or mail for variable
               periods.
          (5)  secure storage of cargo and/or mail.
          (6)  decompression/pressure chamber

**7.3      Catering**
7.3.1     (a)  Provide
          or
          (b)  Arrange for
          (1)  control of access to the catering unit.
          (2)  security supervision during food preparation.
          (3)  security check of catering uplifts.
          (4)  sealing of food and/or bar trolleys/containers.
          (5)  physical examination of catering vehicles prior
               to loading.

**7.4      Aircraft**
7.4.1     (a)  Provide
          or
          (b)  Arrange for
          control of access to
          (1)  aircraft.
          (2)  designated areas.
7.4.2     (a)  Provide
          or
          (b)  Arrange for
          (1)  search of aircraft.
          (2)  guarding of aircraft.
          (3)  guarding of designated areas.
          (4)  security of baggage in the baggage make-up
               area.
          (5)  sealing of aircraft.

**SGHA 2008**

7.4.3   (a) Provide
        or
       (b) Arrange for
      security personnel
      (1) to safeguard all Loads during the transport
           between aircraft and designated locations
      (2) during offloading and loading of aircraft.

**7.5     Additional Security Services**
7.5.1   (a) Provide
        or
       (b) Arrange for
      additional security services

# Section 8
## Aircraft Maintenance

**8.1    Routine Services**
8.1.1   Maintain the Carrier's technical manuals, hand-books, catalogues.
8.1.2   Perform line inspection in accordance with Carrier's current instructions
8.1.3   Enter in the aircraft log and sign for the performance of line inspection
8.1.4   Enter remarks in aircraft log regarding defects observed during the inspection.
8.1.5   Provide personnel to assist the flight crew or ground staff in the performance of their tasks.

**8.2    Replenishing of oils and fluids**
8.2.1   Liaise with suppliers.
8.2.2   (a) Perform.
        or
        (b) Supervise
        replenishing operations
8.2.3   (a) Provide
        or
        (b) Arrange for
        and
        (c) Operate
        special replenishing equipment.
8.2.4   Wipe excess oil from engine nacelles

*New*   **8.3    Non-routine Services**
8.3.1   Rectify defects entered in the aircraft log as reported by the crew or revealed during the inspection, to the extent requested by the Carrier. However, major repairs must be separately agreed upon between the Parties.
8.3.2   Enter in aircraft log and sign for the action taken.
8.3.3   Report technical irregularities and actions taken to the Carrier's maintenance base.
8.3.4   (a) Provide
        or
        (b) Arrange for
        engineering facilities, tools and special equipment to the extent available.
8.3.5   Move aircraft under its own power

**SGHA 2008**

**8.4**      **Material Handling**

8.4.1      (a) Obtain Customs clearance for
            (b) Administer
            the Carrier's spare parts, power plant and/or equip-
            ment.

8.4.2      Provide periodic inspection of the Carrier's spare
            parts and/or spare power plant.

8.4.3      Provide suitable storage space for the Carrier's
            spare parts and/or equipment.

8.4.4      Provide suitable storage space for the Carrier's
            spare power plant.

*New*      **8.5**      **Parking and Hangar Space**

8.5.1      (a) Provide
            or
            (b) Arrange for
            (1) parking space.
            (2) hangar space.

Signed the _____        Signed the _____

at _____        at _____

for and on behalf of _____        for and on behalf of _____

by _____        by _____

**AHM 810 – Annex B (New)**

# STANDARD GROUND HANDLING AGREEMENT

**ANNEX B – LOCATION(S), AGREED SERVICES AND CHARGES**

To the Standard Ground Handling Agreement (SGHA) of
January 2008

between _____

having its principal office at _____

and hereinafter referred to as "the Carrier"

and _____

having its principal office at _____

and hereinafter referred to as "the Handling Company"
the Carrier and/or the Handling Company may hereinafter be
referred to as "the Party(ies)"

effective from _____

This Annex B for

the location(s) _____

is valid from _____

and replaces _____

**SGHA 2008**

**Paragraph 1. Handling Services and Charges**

1.1      For a single ground handling consisting of the arrival and the subsequent departure at agreed timings of the same aircraft, the Handling Company shall provide the following services of Annex A at the following rates.

1.1.1      Section(s) _____ price _____ per (aircraft type, etc.).

1.1.2      Section(s) _____ price _____ per _____

*The number of these clauses can be extended as far as necessary*

1.2      Handling in case of technical landing for other than commercial purposes will be charged at \_\_\_\_\_ % of the above rates, provided that a physical change of load is not involved.

1.3      Handling in case of return to ramp will not be charged extra, provided that a physical change of load is not involved.

1.4      Handling in case of return to ramp involving a physical change of load will be charged as for handling in case of technical landing in accordance with Sub-Paragraph 1.2 of this Annex.

**Paragraph 2. Additional Services and Charges**

2.1      All services not included in Paragraph 1 of this Annex will be charged for as follows:

**Paragraph 3. Disbursements**

3.1      Any disbursements made by the Handling Company on behalf of the Carrier will be reimbursed by the Carrier at cost price plus an accounting surcharge of \_\_\_\_\_ %.

**Paragraph 4. Limit of Liability**

4.1      The limit of liability referred to in Sub-Article 8.5 of the Main Agreement shall be as follows:

Aircraft Type                    Limit (per incident)

_____       _____

_____       _____

**Paragraph 5. Area of Responsibility**

5.1 The area of responsibility as mentioned in Sub-Sections 4.3 and 4.6 of Annex A is _____ _____

**Paragraph 6. Transfer of Services**

6.1 In accordance with Sub-Article 3.1 of the Main Agreement, the Handling Company subcontracts the services of Annex A Section(s) _____ to _____

*The number of these clauses can be extended as far as necessary.*

**Paragraph 7. Settlement**

7.1 Notwithstanding Sub-Article 7.2 of the Main Agreement, settlement of account
shall be effected _____ _____

**Paragraph 8. Supervision and Administration**

8.1 The services of Annex A, Section 2 Sub-Section 2.1, covered by Sub-Paragraph 1.1 of this Annex B, refer only to the following services of Annex A which are performed for the Carrier by other organisation(s) under cover of separate agreement(s):

Section (s) _____ _____

Section (s) _____

New **Paragraph 9. Duration, Modification and Termination**
Any change to Article 11 of the Main Agreement, in particular to the duration of the Main Agreement, validity of rates or rights of termination shall be recorded below, notwithstanding the corresponding Sub-Articles of the Main Agreement. For example:

9.1 Duration
9.1.1 Notwithstanding Sub-Article 11.4 and 11.5 of the Main Agreement _____ ____
9.1.2 Notwithstanding Sub-Article 11.11 of the Main Agreement the rates contained in Paragraph 1 shall be
_____

9.2 Modification
9.2.1 Any modification to this Annex B shall be made by a written amendment signed by both Parties.

SGHA 2008

138 | Annex B

9.3    Termination

9.3.1    Notwithstanding Sub-Paragraph 9.1.1 of this Annex B, this Annex B may be terminated on the following terms
_____

The number of these clauses can be extended as far as necessary.

**Paragraph 10. Notification**

10.1    In accordance Sub-article 11.3 of the Main Agreement, any notice or communication to be given hereunder shall be addressed to the respective parties as follows:

To Carrier:

Carrier _____

Street _____

City, Country _____

Telephone _____

Fax _____

E-mail _____

Attn _____

To Handling Company:

The Handling Company _____

Street _____

City, Country _____

Telephone _____

Fax _____

E-mail _____

Attn _____

**Paragraph 11. Governing Law**

11.1   In accordance with Article 9 of the Main Agreement, this Annex B shall be governed by and interpreted in accordance with the laws of _____.

11.2   In accordance with Article 9 of the Main Agreement, courts for the resolution of disputes shall be the Courts of _____.

Signed the _____         Signed the _____

at _____         at _____

for and on behalf of ___ ____         for and on behalf of _____

by _____         by _____

**SGHA 2008**

AHM 810 – Annex B

# STANDARD GROUND HANDLING AGREEMENT – SIMPLIFIED PROCEDURE

## ANNEX B – LOCATION(S), AGREED SERVICES AND CHARGES

To the Standard Ground Handling Agreement (SGHA) of January 2008

between _____

having its principal office at _____

and hereinafter referred to as "the Carrier"

and _____

having its principal office at _____

and hereinafter referred to as "the Handling Company"

effective from _____

This Annex B for

the location(s) _____

is valid from _____

and replaces _____

**Preamble:**
This Annex B is prepared in accordance with the simplified procedure whereby the Parties agree that the terms of the Main Agreement and Annex A of the SGHA of January 2008 as published by the International Air Transport Association shall apply to this Annex B as if such terms were repeated here in full. By signing this Annex B, the Parties confirm that they are familiar with the aforementioned Main Agreement and Annex A.

**Paragraph 1. Handling Services and Charges**

1.1    For a single ground handling consisting of the arrival and the subsequent departure at agreed timings of the same aircraft, the Handling Company shall provide the following services of Annex A at the following rates.

1.1.1    Section(s) _____ price _____ per (aircraft type, etc.).

1.1.2    Section(s) _____ price _____ per _____

*The number of these clauses can be extended as far as necessary*

1.2    Handling in case of technical landing for other than commercial purposes will be charged at _____ % of the above rates, provided that a physical change of load is not involved.

1.3    Handling in case of return to ramp will not be charged extra, provided that a physical change of load is not involved.

1.4    Handling in case of return to ramp involving a physical change of load will be charged as for handling in case of technical landing in accordance with Sub-Paragraph 1.2 of this Annex.

**Paragraph 2. Additional Services and Charges**

2.1    All services not included in Paragraph 1 of this Annex will be charged for as follows:

**Paragraph 3. Disbursements**

3.1    Any disbursements made by the Handling Company on behalf of the Carrier will be reimbursed by the Carrier at cost price plus an accounting surcharge of _____ %.

**Paragraph 4. Limit of Liability**

4.1    The limit of liability referred to in Sub-Article 8.5 of the Main Agreement shall be as follows:

Aircraft Type          Limit (per incident)

_____      _____

_____      _____

**SGHA 2008**

**Paragraph 5. Area of Responsibility**

5.1    The area of responsibility as mentioned in Sub-Sections 4.3 and 4.6 of Annex A is _____

**Paragraph 6. Transfer of Services**

6.1    In accordance with Sub-Article 3.1 of the Main Agreement, the Handling Company subcontracts the services of Annex A Section(s) _____ to _____

*The number of these clauses can be extended as far as necessary.*

**Paragraph 7. Settlement**

7.1    Notwithstanding Sub-Article 7.2 of the Main Agreement, settlement of account
shall be effected _____

**Paragraph 8. Supervision and Administration**

8.1    The services of Annex A, Section 2 Sub-Section 2.1, covered by Sub-Paragraph 1.1 of this Annex B, refer only to the following services of Annex A which are performed for the Carrier by other organisation(s) under cover of separate agreement(s):

Section (s) _____

Section (s) _____

*New*    **Paragraph 9. Duration, Modification and Termination**
Any change to Article 11 of the Main Agreement, in particular to the duration of the Main Agreement, validity of rates or rights of termination shall be recorded below, notwithstanding the corresponding Sub-Articles of the Main Agreement. For example:

9.1    Duration
9.1.1  Notwithstanding Sub-Article 11.4 and 11.5 of the Main Agreement _____
9.1.2  Notwithstanding Sub-Article 11.11 of the Main Agreement the rates contained in Paragraph 1 shall be

_____

9.2    Modification
9.2.1  Any modification to this Annex B shall be made by a written amendment signed by both Parties.

9.3      Termination

9.3.1    Notwithstanding Sub-Paragraph 9.1.1 of this Annex B, this Annex B may be terminated on the following terms

*The number of these clauses can be extended as far as necessary.*

**Paragraph 10. Notification**

10.1    In accordance Sub-article 11.3 of the Main Agreement, any notice or communication to be given hereunder shall be addressed to the respective parties as follows:

To Carrier:

Carrier _____

Street _____

City, Country _____

Telephone _____

Fax _____

E-mail _____

Attn _____


To Handling Company:

The Handling Company _____

Street _____

City, Country _____

Telephone _____

Fax _____

E-mail _____

Attn _____

**SGHA 2008**

144 | Annex B

**Paragraph 11. Governing Law**

11.1    In accordance with Article 9 of the Main Agreement, this Annex B shall be governed by and interpreted in accordance with the laws of _____.

In accordance with Article 9 of the Main Agreement, courts for the resolution ofdisputes shall be the Courts of _____.

Signed the _____        Signed the _____

at _____        at _____

for and on behalf of _____        for and on behalf of _____

by _____        by _____

**AHM 810 – Annex B**

# STANDARD GROUND HANDLING AGREEMENT – ANNEX B – SIMPLIFIED PROCEDURE FOR LINE MAINTENANCE

## ANNEX B – LOCATION(S), AGREED SERVICES AND CHARGES

On request of members contracting Line Maintenance services, the AGSA working group has developed an Example Annex B-Simplified Procedure for Line Maintenance for inclusion in the 2008 revision of the IATA Standard Ground Handling Agreement. The recommended changes are shown below.

To the Standard Ground Handling Agreement (SGHA) of January 2008

between _____

having its principal office at _____

and hereinafter referred to as "the Carrier"

and _____

having its principal office at _____

and hereinafter referred to as "the Handling Company"

holding EASA Part 145 or FAR 145 approval no _____

or any other National Airworthiness Authority as the case may be the Carrier and/or the Handling Company may hereinafter be referred to as "the Party(ies)"

effective from _____

This Annex B
for the location(s) _____

is valid from _____

and replaces _____

SGHA 2008

**Preamble:**
This Annex B is prepared in accordance with the simplified pro-cedure whereby the Parties agree that the terms of the Main Agreement and Annex A of the SGHA of January 2008 as pub-lished by the International Air Transport Association shall apply to this Annex B as if such terms were repeated here in full. By signing this Annex B, the Parties confirm that they are familiar with the aforementioned Main Agreement and Annex A.

### Paragraph 1. Scope of Work

1.1     For a single ground handling consisting of the arrival and the subsequent departure at agreed timings of the same aircraft, the Handling Company shall provide the follow-ing services of Annex A at the following rates.

1.1.1   Section(s) _____ price _____ per (aircraft type, etc.).

1.1.2   Section(s) _____ price _____ per _____

*The number of these clauses can be extended as far as necessary*

1.2     No extra charge will be made for providing the services at night or on legal holidays.

1.3     Aircraft registration number(s), to Aircraft Type(s) stated in Paragraph 1 of this Annex, which are part of this Agreement, are stated in _____. Mentioned Manual/List is placed in hands of the Handling Company.

### Paragraph 2. Additional Charges

2.1     All services not included in Paragraph 1 of this Annex will be charged according to local standard price list.   It is recommended to define local as the location and a copy of the local price list attached to the annex as an annex in Annex B

### Paragraph 3. Disbursements

3.1     Any Disbursements made by the Handling Company on behalf of the Carrier will be reimbursed by the Carrier at cost price plus an accounting surcharge of ____%.

**Paragraph 4. Transfer of Services**

4.1     In accordance with Sub-Article 3.1 of the Main Agreement, the Handling Company subcontracts the services of Annex A  Service to Company using approval certificate no.

Service                                    to Company using
                                           approval certificate no.

_____          _____

_____          _____

5.1     The limit of liability referred to in Sub-Article 8.5 of the Main Agreement shall be as follows:

Aircraft                Limit (per incident)   Currency

_____     _____      _____

**Paragraph 6. Settlement**

6.1     Notwithstanding Sub-Article 7.2 of the main Agreement, settlement of account shall be effected monthly with copy to following address:

_____

**Paragraph 7. Duration, Modification and Termination**

Any change to Article 11 of the Main Agreement, in particular to the duration of the Main Agreement, validity of rates or rights of termination shall be recorded below, notwithstanding the corresponding Sub-Articles of the Main Agreement. For example:

7.1     Duration
7.1.1   Notwithstanding Sub-Article 11.4 and 11.5 of the Main Agreement _____
7.1.2   Notwithstanding    Sub-Article 11.11 of the Main Agreement the rates contained in Paragraph 1 shall be

_____

SGHA 2008

7.2     Modification

7.2.1    Any modification to this Annex B shall be made by a written amendment signed by both Parties.

7.3     Termination

7.3.1    Notwithstanding Sub-Paragraph 7.1.1 of this Annex B, this Annex B may be terminated on the following terms

---

*The number of these clauses can be extended as far as necessary.*

**Paragraph 8. Aircraft Maintenance Services**

8.1    "Notwithstanding the second sentence of Sub-Article 5.1. of the Main Agreement insofar as it refers to Services of Section 8 of Annex A. In the absence of Technical instructions from the Carrier, the Handling Company shall promptly seek Technical Instructions from the Carrier but shall take no action pending receipt of such Technical Instructions. The Handling Company will not be held responsible for any flight delay resulting from lack of Technical Instructions from the Carrier".

8.2    It is the Carriers responsibility to ensure that the conditions of this agreement are acceptable to its appropriate authorities.

8.3    It is understood that the signature of the Handing Companies ground engineer in the technical log of the Carrier's aircraft only certifies the correct performance of routine checks and rectification of flight and/or ground discrepancies related to the checks performed. The Handling Company assumes no responsibility for the Airworthiness of the Carriers aircraft.

8.4    The Handling Company is using _____ approval certificate no. EASA.145 _____ or FAR 145 _____ as the case must be.

**Paragraph 9. Airworthiness Data**

9.1 The airworthiness data supplied by the Carrier deemed necessary to fulfill the Handling Companies responsibility at agreed aircraft type(s) are stated in the documentation stated below. Mentioned documentation is placed in hand of the Handling Company at location(s) in question. Aircraft Airworthiness data

Aircraft                              Airworthiness data

_____          _____

_____          _____

9.2 It is the responsibility of the Carrier to ensure that the latest and valid revisions of technical documentation and/or check sheets are available to the Handling Company in order to fulfill the technical services agreed in the contract at the location(s) concerned.

**Paragraph 10. Spare and Pool Parts Administration**

10.1 The Handling Company is responsible for checking that all spare parts or pool parts, which are to be fitted on the Carriers aircraft, at location in question, are in compliance with the applicable EASA Part 145 or FAR 145 requirements. This requires the Handling Company to ensure that all parts are in satisfactory condition and provided with appropriate documentation. Accordingly, the Handling Company reserves the right to reject a part provided by the Carrier or its pool partner, if compliance with the above cannot be assured.

10.2 It is the Carriers responsibility to specify which spare parts/pool parts, the Handling Company shall administer and store. Subject parts are described in _____ which are placed at location(s) in question.

**SGHA 2008**

**Paragraph 11. Auditing**

11.1    The Carrier or its competent authority may, by prior writ-
ten notice to the Handling Company at its own cost,
engage the Handling Company for the purpose of audit-
ing at the location(s) designated in Annex(es) B. Such
notice shall contain a description of area(s) to be audited.
The total cost of the audit performed by the Carrier or its
competent authority shall be born ultimately by the
Carrier.

**Paragraph 12.  Governing Law**

12.1    In accordance with Article 9 of the Main Agreement, this
Annex B shall be governed by and interpreted in accor-
dance with the laws of _____.

12.2    In accordance with Article 9 of the Main Agreement,
courts for the resolution of disputes shall be the Courts
of _____.

**Paragraph 13. Notification**

13.1    In accordance Sub-article 11.3 of the Main Agreement,
any notice or communication to be given hereunder shall
be addressed to the respective parties as follows:

To Carrier:

Carrier _____

Street _____

City, Country _____

Telephone _____

Fax _____

E-mail _____

Attn _____

To Handling Company:

The Handling Company _____

Street _____

City, Country _____

Telephone _____

Fax _____

E-mail _____

Attn _____


Signed the _____      Signed the _____

at _____      at _____

for and on behalf of _____      for and on behalf of _____

by _____      by _____

**SGHA 2008**