Case 5:17-cv-01118-OLG   Document 11   Filed 03/23/18   Page 1 of 2
Case 5:17-cv-01118-OLG   Document 10   Filed 03/19/18   Page 1 of 2     3-22

3:25

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| IVAN CUADRADO<br>*Plaintiff*<br>v.<br>FRONTIER AIRLINES, INC.<br>*Defendant, Third-party plaintiff*<br>v.<br>AIRPORT TERMINAL SERVICES, INC.<br>*Third-party defendant* | Civil Action No. 5:17-cv-01118-OLG<br><br>JURY DEMAND |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*

    Airport Terminal Services, Inc.
    c/o Registered Agent CT Corporation System
    120 South Central Avenue
    Clayton, MO 63105

    A lawsuit has been filed against defendant  Frontier Airlines, Inc.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff  Ivan Cuadrado  .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:  SMITH ROBERTSON, LLP
        Patrick J. Comerford
        221 W. 6th Street, Suite 1100
        Austin, Texas 78701

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:  THE PARENT LAW FIRM PLLC
        Robert W. Piatt, III
        1807 San Pedro – Rear Suite
        San Antonio, Texas 78212

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:  March 19, 2018



CLERK OF COURT

Jeannette J. Clack
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Airport Terminal Services, Inc
was received by me on *(date)* 3-20-18.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Bonnie Love , who is designated by law to accept service of process on behalf of *(name of organization)* Airport Terminal Services, Inc on *(date)* 3-22-18 3:30pm; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 3-22-18

*Server's signature*

Robert Pedrol, Process Server
*Printed name and title*

130 S. Bemiston, Suite 300, 63105
*Server's address*

Additional information regarding attempted service, etc: