IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IVAN CUADRADO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 5:17-cv-01118-OLG |
| | § | |
| FRONTIER AIRLINES, INC. | § | JURY DEMAND |
| | § | |
| Defendant. | § | |
| | § | |
| v. | § | |
| | § | |
| AIRPORT TERMINAL SERVICES, INC. | § | |
| | § | |
| Third Party Defendant | § | |

## SECOND JOINT STIPULATION TO CONTINUE DEADLINES IN SCHEDULING ORDER

Plaintiff Ivan Cuadrado ("Plaintiff") and Defendant Frontier Airlines, Inc. ("Defendant" or "Frontier") file this Joint Stipulation to Continue Deadlines in Scheduling Order and in support hereof respectfully states as follows[1]:

WHEREAS, on January 5, 2018, the Court entered a Scheduling Order in this case, see Document No. 6;

WHEREAS, pursuant to the Scheduling Order, there is a May 2, 2018, deadline under which parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B);

WHEREAS, on May 2, 2018, the Parties filed a Joint Stipulation to Continue Deadliens in Scheduling Order, agreeing that the above referenced May 2, 2018, deadline shall be extended for two weeks until May 16, 2018.

---

[1] Third Party Defendant Airport Terminal Services, Inc. was served on March 22, 2018 and has not yet filed an Answer, therefore, it is not a party to this Stipulation.

WHEREAS, the Parties agree to further extend the deadline another two weeks until May 30, 2018.

THEREFORE, the PARTIES STIPULATE AND AGREE AS FOLLOWS:

1.  The May 2, 2018, deadline under which parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B), is hereby extended to May 30, 2018.

**IT IS SO STIPULATED**

Dated: May 15, 2018

Respectfully submitted,

By: */s/ David C. Lawrence*
Patrick J. Comerford
State Bar No. 24096724
David C. Lawrence
State Bar No. 24041304

**SMITH ROBERTSON, LLP**
221 West Sixth Street, Suite 1100
Austin, Texas 78701
Telephone: (512) 225-5810
Telecopier: (512) 225-5838
Email: pcomerford@smith-robertson.com
dlawrence@smith-robertson.com

**ATTORNEYS FOR DEFENDANT**

By: */s/ Robert W. Piatt, II by permission*
Robert W. Piatt, III
State Bar No. 24041692

**THE PARENT LAW FIRM PLLC**
David A. Parent
Robert W. Piatt, III
1807 San Pedro - Rear
San Antonio, Texas 78212
david@parent-law.com
bob@parent-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 15 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, and I further certify that I have served the foregoing by email.

THE PARENT LAW FIRM PLLC
David A. Parent
Robert W. Piatt, III
1807 San Pedro - Rear
San Antonio, Texas 78212
*david@parent-law.com*
*bob@parent-law.com*
