## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IVAN CUADRADO, | § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 5:17-cv-01118-OLG |
| FRONTIER AIRLINES, INC. | § § | JURY DEMAND |
| Defendant. | § § | |
| v. | § § | |
| AIRPORT TERMINAL SERVICES, INC. | § § | |
| Third Party Defendant | § | |

## JOINT STIPULATION TO
## SUSPEND DEADLINES IN SCHEDULING ORDER

Plaintiff Ivan Cuadrado ("Plaintiff") and Defendant Frontier Airlines, Inc. ("Defendant" or "Frontier") file this Joint Stipulation to Suspend Deadlines in Scheduling Order and in support hereof respectfully states as follows[1]:

WHEREAS, on January 5, 2018, the Court entered a Scheduling Order in this case, see Document No. 6;

WHEREAS, pursuant to the Scheduling Order, there is a May 2, 2018, deadline under which parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B);

WHEREAS, on May 2, 2018, the Parties filed a Joint Stipulation to Continue Deadlines in Scheduling Order, agreeing that the above referenced May 2, 2018, deadline shall be extended for two weeks until May 16, 2018.

---

[1] Third Party Defendant Airport Terminal Services, Inc. was served on March 22, 2018 and has not yet filed an Answer, therefore, it is not a party to this Stipulation.

WHEREAS on May 14, 2018, the Parties filed a Second Joint Stipulation to Continue Deadlines in Scheduling Order, agreeing that the above referenced May 2, 2018, deadline shall be extended until May 30, 2018.

WHEREAS, the Parties have reached an agreement in principal to resolve this matter and are in the process of preparing the documents to effectuate their agreement, and therefore agree to suspend all deadlines in the Scheduling Order for thirty (30) days in order to provide sufficient time to finalize their settlement.

THEREFORE, the PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. All deadlines in the January 5, 2018, Scheduling Order are hereby suspended for thirty (30) days to permit the parties sufficient time to prepare the documents to effectuate their settlement of this matter. If the parties have not dismissed this matter by June 30, 2018, they will file a pleading with the court by that date to update the court on the status of this matter.

**IT IS SO STIPULATED**

Dated: May 30, 2018

Respectfully submitted,

By:  */s/ Patrick J. Comerford*
     Patrick J. Comerford
     State Bar No. 24096724
     David C. Lawrence
     State Bar No. 24041304

**SMITH ROBERTSON, LLP**
221 West Sixth Street, Suite 1100
Austin, Texas 78701
Telephone:  (512) 225-5810
Telecopier:  (512) 225-5838
Email: pcomerford@smith-robertson.com
        dlawrence@smith-robertson.com

**ATTORNEYS FOR DEFENDANT**

**By:** */s/ Robert W. Piatt, III by permission*
Robert W. Piatt, III
State Bar No. 24041692

**THE PARENT LAW FIRM PLLC**
David A. Parent
Robert W. Piatt, III
1807 San Pedro - Rear
San Antonio, Texas 78212
david@parent-law.com
bob@parent-law.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

THE PARENT LAW FIRM PLLC
David A. Parent
Robert W. Piatt, III
1807 San Pedro - Rear
San Antonio, Texas 78212
*bob@parent-law.com*