UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IVAN CUADRADO | § |
| | § |
| vs. | §   No.: SA:17-CV-01118-OLG |
| | § |
| FRONTIER AIRLINES, INC. | § |

## ORDER FOR DISMISSAL PAPERS

On Thursday, May 31, 2018 counsel for plaintiff and defendant jointly advised the Court that these parties settled. The parties have not filed the closing paperwork in this case. Accordingly, it is hereby ORDERED that:

1) The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **Friday, June 29, 2018**. If the parties are unable to submit those documents by that date, Plaintiff should move for an extension of time to file the documents. Failure to so move shall result in a dismissal of this case from the Court's docket for failure to diligently prosecute.

2) All pretrial deadlines in this case are hereby STAYED pending the submission of the parties' stipulation of dismissal or agreed judgment, and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3) Any motions pending in this action are DENIED, subject to reurging should settlement fail.

4) The Plaintiff shall serve a copy of this order on the attorney for the defendant.

No extensions of the above deadline shall be granted except upon a showing of good cause.

**It is so ORDERED.**

**SIGNED this 1st day of June, 2018.**

_____
**ORLANDO L. GARCIA**
**CHIEF U.S. DISTRICT JUDGE**