IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IVAN CUADRADO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. SA:17-cv-01118-OLG |
| | § | |
| FRONTIER AIRLINES, INC. | § | |
| | § | |
| Defendant. | § | |
| | § | |
| v. | § | |
| | § | |
| AIRPORT TERMINAL SERVICES, INC. | § | |
| | § | |
| Third Party Defendant | § | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the defendant(s) pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO STIPULATED**

Dated: June 29, 2018

| | |
|---|---|
| **SMITH ROBERTSON, LLP** | **THE PARENT LAW FIRM, PLLC** |
| By: */s/ Patrick J. Comerford* | By: **/s/ Robert W. Piatt, III** |
| Patrick J. Comerford | Robert W. Piatt, III |
| State Bar No. 24096724 | State Bar No. 24041692 |
| 221 West Sixth Street, Suite 1100 | 4402 Vance Jackson |
| Austin, Texas 78701 | San Antonio, Texas 78230 |
| Tel.: (512) 225-5810 | Tel: (210) 819-4111 |
| Fax: (512) 225-5838 | Fax: (210) 200-6310 |
| Email: pcomerford@smith-robertson.com | Email: bob@parent-law.com |
| **ATTORNEYS FOR DEFENDANTS** | **ATTORNEYS FOR PLAINTIFF** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2018, I electronically filed a true and correct copy the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

By:  */s/ Patrick J. Comerford*